# Court of Appeals
# of the State of Georgia

ATLANTA,  November 16, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0648.  JUVIER HOUSTON-HANDFIELD v. SECOND ROUND SUB, LLC.**

Second Round Sub, LLC filed an action against Juvier Houston-Handfield to collect on a credit card debt.  Second Round filed a motion for judgment on the pleadings, which the trial court granted.  The trial court entered judgment for Second Round in the principal amount of $1,862.63 and court costs of $254.00.  Houston-Handfield then filed this direct appeal.  We, however, lack jurisdiction.

Where a money judgment in an action for damages totals $10,000.00 or less, a party must follow the discretionary appeal procedures to obtain appellate review.  See OCGA § 5-6-35 (a) (6).  Houston-Handfield's failure to follow the required procedure deprives us of jurisdiction to consider this appeal. See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  11/16/2017
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.